# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

BRENDA BROOKS,

    Plaintiff,

  v.

HASTER LAW OFFICE, P.A.,

    Defendant.

Civil Action No.: 1:13-cv-00017-JMV

**NOTICE OF SETTLEMENT**

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, BRENDA BROOKS ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

DATED: March 14, 2013      RESPECTFULLY SUBMITTED,

KROHN & MOSS, LTD.

By: /s/ Shireen Hormozdi

Shireen Hormozdi, Esq.
Attorney for Plaintiff
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: (323) 988-2400 x 267
Fax: (866) 385-1408
Email: shormozdi@consumerlawcenter.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2013, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was mailed to defendant at the below address:

Michael S. Poncin
Moss & Barnett
4800 WELLS FARGO CENTER
90 South Seventh Street
Minneapolis, MN 55402

William V. Westbrook , III
Page, Mannino, Peresich & McDermott, P.L.L.C.
2408 14th Street
Gulfport, MS 39501-2019

                                              By:    /s/ Shireen Hormozdi

                                                    Shireen Hormozdi, Esq.
                                                    Attorney for Plaintiff
                                                    Krohn & Moss, Ltd.
                                                    10474 Santa Monica Blvd., Suite 401
                                                    Los Angeles, CA 90025
                                                    Tel: (323) 988-2400 x 267
                                                    Fax: (866) 385-1408
                                                    Email: shormozdi@consumerlawcenter.com