UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BRENDA BROOKS,

    Plaintiff,

v.

HASTER LAW OFFICE, P.A.,

    Defendant.

Civil Action No.: 1:13-cv-00017-JMV

**NOTICE OF VOLUNTARY DISMISSAL**

## NOTICE OF VOLUNTARY DISMISSAL

BRENDA BROOKS (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, the above-captioned action, filed against, HASTER LAW OFFICE, P.A. (Defendant), in this case.

DATED:  May 6, 2013        RESPECTFULLY SUBMITTED,

                                              KROHN & MOSS, LTD.

                                        By: /s/ Shireen Hormozdi

                                        Shireen Hormozdi, Esq.
                                        Attorney for Plaintiff
                                        Krohn & Moss, Ltd.
                                        10474 Santa Monica Blvd., Suite 401
                                        Los Angeles, CA 90025
                                        Tel: (323) 988-2400 x 267
                                        Fax: (866) 385-1408
                                        Email: shormozdi@consumerlawcenter.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2013, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was mailed to the below address.

Michael S. Poncin
Moss & Barnett
4800 WELLS FARGO CENTER
90 South Seventh Street
Minneapolis, MN 55402

William V. Westbrook , III
Page, Mannino, Peresich & McDermott, P.L.L.C.
2408 14th Street
Gulfport, MS 39501-2019

By: /s/ Shireen Hormozdi

Shireen Hormozdi, Esq.
Attorney for Plaintiff
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: (323) 988-2400 x 267
Fax: (866) 385-1408
Email: shormozdi@consumerlawcenter.com